IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:23-CR-130 |
| | ) | |
| v. | ) | |
| | ) | |
| MARLIN HERSHEY | ) | |

## ORDER

**THIS MATTER** is before the Court on a joint motion of the parties for an order directing the Clerk of Court to accept pre-payment of the fine and/or restitution in the above-captioned case made during the course of the sentencing on February 22, 2024. Upon consideration of the parties' joint oral motion to accept early payment of monetary penalties, it is hereby **ORDERED** and **DECREED** that said motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall accept pre-payment of the monetary penalties in this matter in any amount and deposit those funds. Upon entry of the Judgment, the Clerk of Court will distribute the funds in accordance with the terms of the Judgment without further order of this Court.

**IT IS FURTHER ORDERED** that the Government shall serve a copy of this Order upon the Clerk of Court or the Financial Deputy Clerk.

BY THE COURT:

_____
FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE